# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 24, 2015

## NO. 03-14-00326-CV

**Board of Regents, Texas State University System, and Texas State University-San Marcos, Appellants**

**v.**

**Stephanie Paige Steinbach, Appellee**

---

## APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
## REVERSED AND DISMISSED -- OPINION BY JUSTICE GOODWIN

---

This is an appeal from the interlocutory order signed by the trial court on May 1, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and dismisses Steinbach's claims for lack of subject matter jurisdiction. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.